# United States Court of Appeals
## For the First Circuit

No. 23-1469

STEPHEN STOUTE,

Plaintiff - Appellant,

v.

JAMES MESSENGER; BENJAMIN O'GRADY; LVNV FUNDING, LLC; RESURGENT CAPITAL SERVICES; JUDGE CATHLEEN E. CAMPBELL, Suffolk Superior Court,

Defendants - Appellees.

**MANDATE**

Entered: June 9, 2025

In accordance with the judgment of May 16, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Andrea J. Campbell
LVNV Funding, LLC
Resurgent Capital Services, L.P.
Stephen Stoute